ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 23 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

TREMAINE SNELL,
A/K/A BIG, A/K/A MAN MAN,
TARIK WINFREY,
MARQUEZ CREWS,
A/K/A QUEZ,
DAVEON STILLWELL,
A/K/A DRIP,
MATTHEW GASKIN,
A/K/A MATTHEW GASKINS,
TEMEKA CAMIEL,
DEVARRIO BURNS,
A/K/A DEBO,
CHRISTOPHER BILLINGS,
CALVIN WASHINGTON

Criminal Indictment

No. 1:26-CR-0447

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy to Traffic Firearms)**

Beginning on a date unknown, but at least by on or about November 29, 2025, and continuing until on or about January 23, 2026, in the Northern District of Georgia and elsewhere, the defendants,

TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN,

TARIK WINFREY,

MARQUEZ CREWS, A/K/A QUEZ,

DAVEON STILLWELL, A/K/A DRIP,
MATTHEW GASKIN, A/K/A MATTHEW GASKINS,
TEMEKA CAMIEL,
DEVARRIO BURNS, A/K/A DEBO,
CHRISTOPHER BILLINGS,
and CALVIN WASHINGTON,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm, to another person, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Section 933(a)(1) and (a)(3).

**Count Two**
**(Firearms Trafficking)**

On or about December 1, 2025, and continuing until on or about December 3, 2025, in the Northern District of Georgia and elsewhere, the defendants, DEVARRIO BURNS, A/K/A DEBO and CHRISTOPHER BILLINGS, aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, at least one of the following:

- Two Glock Model 45, 9mm pistols,

in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearm(s) by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

**Count Three**
**(Possession of Firearm by Convicted Felon)**

On or about December 3, 2025, in the Northern District of Georgia, the defendant, DEVARRIO BURNS, A/K/A DEBO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, at least one of the following:

- Aggravated Assault and Possession of a Firearm During Commission of a Felony, in the Superior Court of Fulton County, Georgia, on or about July 21, 2014;
- Second Degree Criminal Damage to Property, in the Superior Court of Fulton County, Georgia, on or about October 5, 2016;
- Possession of Methamphetamine with Intent to Distribute and Theft by Taking, in the Superior Court of Gwinnett County, Georgia, on or about December 8, 2016;
- Entering Auto, in the Superior Court of Rockdale County, Georgia, on or about November 9, 2018;

- Possession of a Firearm by a Prohibited Person, in the United States District Court for the District of Maryland, on or about October 22, 2024,

did knowingly possess a firearm, that is, at least one of the following:

- Two Glock Model 45, 9mm pistols,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

**Count Four**
**(Firearms Trafficking)**

On or about January 15, 2026, and continuing until on or about January 16, 2026, in the Northern District of Georgia and elsewhere, the defendants, DAVEON STILLWELL, A/K/A DRIP and TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, at least one of the following:

- Smith & Wesson, Model CSW, 9mm pistol;
- Smith & Wesson, Model SD40, .40 caliber pistol; and
- Two Glock 45 pistols,

in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearm(s) by the recipient would constitute a felony, as defined in Title

18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

**Count Five**
**(Firearms Trafficking)**

On or about January 19, 2026, and continuing until on or about January 23, 2026, in the Northern District of Georgia and elsewhere, the defendants, MARQUEZ CREWS, A/K/A QUEZ, MATTHEW GASKIN, A/K/A MATTHEW GASKINS, TEMEKA CAMIEL, and TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, that is, at least one of the following:

- Three Glock, Model 43X, 9mm pistols;
- Four Glock, Model 48, 9mm pistols; and
- Seven Ruger, Model Security-9, 9mm pistols,

in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of said firearm(s) by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 2.

**Count Six**
**(Possession of Firearm by Convicted Felon)**

On or about January 23, 2026, in the Northern District of Georgia, the defendant, MATTHEW GASKIN, A/K/A MATTHEW GASKINS, knowing he

had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, at least one of the following:

- Theft by Taking and Financial Transaction Card Theft, in the Superior Court of Fulton County, Georgia, on or about July 3, 2024;
- Aggravated Assault, Terrorist Threats, Fleeing or Attempting to Elude a Police Officer, and Possession of a Firearm During Commission of a Felony, in the Superior Court of Fulton County, Georgia, on or about July 3, 2024;
- Theft by Taking, Theft by Receiving Stolen Property, Entering Automobile with Intent to Commit Theft or Felony, and Fleeing or Attempting to Elude a Police Officer, in the Superior Court of Fulton County, Georgia, on or about July 3, 2024;
- Theft by Taking, in the Superior Court of Gwinnett County, Georgia, on or about August 18, 2024;
- Entering Automobile with Intent to Commit Theft or Felony, in the Superior Court of Fulton County, Georgia, on or about July 3, 2024;
- Theft by Taking, in the Superior Court of Fulton County, Georgia, on or about January 14, 2026;

did knowingly possess a firearm, that is, at least one of the following:

- Seven Ruger, Model Security-9, 9mm pistols,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

**Count Seven**
**(Conspiracy to Commit Theft of Interstate Shipments)**

1. Beginning on or about November 29, 2025, and continuing through at least on or about January 17, 2026, in the Northern District of Georgia and elsewhere, the defendants, TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, MARQUEZ CREWS, A/K/A QUEZ, and DAVEON STILLWELL, A/K/A DRIP, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and others known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and with intent to convert to their own use, steal, unlawfully take, and carry away from a vehicle or trailer goods and chattels with a value of at least $1,000, which were moving as, were a part of, and constituted an interstate shipment of freight, express, and property, in violation of Title 18, United States Code, Section 659.

**Manner and Means of the Conspiracy**

At all times relevant to this Indictment:

2. Company A, a company headquartered in Memphis, Tennessee, is an international freight and shipping company. Company A distributes freight to customers across the United States using commercial motor vehicles, including trailers. Company A has facilities in Conley, Georgia and Macon, Georgia, among other locations.

3. On or about November 30, 2025, Company A was shipping firearms via trailer from Smyrna, Georgia to Louisiana and Arizona. On this date, the firearms were passing through Company A's Conley, Georgia facility.

4. It was part of the conspiracy that defendants TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and DAVEON STILLWELL, A/K/A DRIP, aided and abetted by each other and others known and unknown to the Grand Jury, stole approximately 724 of these firearms while they were in transit through Company A's Conley, Georgia facility.

5. On or about January 10, 2026, Company A was shipping firearms via trailer from Maryville, Tennessee to Jeffersonville, Georgia. On this date, the firearms were passing through Company A's Macon, Georgia facility.

6. It was part of the conspiracy that defendant TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by others known and unknown to the Grand Jury, stole approximately 469 of these firearms while they were in transit through Company A's Macon, Georgia facility.

7. On or about January 16, 2026, Company A was shipping firearms via trailer from Maryville, Tennessee to Jeffersonville, Georgia. On this date, the firearms were passing through Company A's Macon, Georgia facility.

8. It was part of the conspiracy that defendants TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and MARQUEZ CREWS, A/K/A QUEZ, aided and abetted by each other and others known and unknown to the Grand Jury, stole approximately 293 of these firearms while they were in transit through Company A's Macon, Georgia facility.

**Overt Acts**

9. In furtherance of the conspiracy and to effect the objects thereof, at least one of the defendants committed, and caused to be committed, at least one of

the following overt acts, among others, in the Northern District of Georgia and elsewhere.

**November 29-30, 2025 Conley, Georgia Theft**

10. On or about November 30, 2025, defendants TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and DAVEON STILLWELL, A/K/A DRIP, aided and abetted by each other and others known and unknown to the Grand Jury, including J.A. and D.M., unlawfully accessed Company A's Conley, Georgia facility for the purpose of knowingly stealing and unlawfully taking and carrying away firearms traveling in interstate commerce.

11. On or about January 16, 2026, defendants DAVEON STILLWELL, A/K/A DRIP, X.B., and TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by each other and others known and unknown to the Grand Jury, sold two of the firearms stolen from the Conley, Georgia facility in exchange for $1,000.

**January 10-11, 2026 Macon, Georgia Theft**

12. On or about January 10, 2026, defendant TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by others known and unknown to the Grand Jury, including T.B. and S.S., traveled from Atlanta, Georgia to Macon, Georgia in a 2020 Chrysler Pacifica van. In Macon, defendant TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by others known and unknown to the Grand Jury, including T.B. and S.S., unlawfully accessed Company A's Macon, Georgia facility for the purpose of knowingly stealing

and unlawfully taking and carrying away firearms traveling in interstate commerce.

13. On or about January 16, 2026, DAVEON STILLWELL, A/K/A DRIP, X.B., and TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by each other and others known and unknown to the Grand Jury, sold two of the firearms stolen from the Macon, Georgia facility in exchange for $800.

**January 16-17, 2026 Macon, Georgia Theft**

14. On or about January 16, 2026, defendants TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and MARQUEZ CREWS, A/K/A QUEZ, traveled from Atlanta, Georgia to Macon, Georgia in a 2018 Chrysler Pacifica van. In Macon, defendants TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and MARQUEZ CREWS, A/K/A QUEZ, aided and abetted by others known and unknown to the Grand Jury, unlawfully accessed Company A's Macon, Georgia facility for the purpose of knowingly stealing and unlawfully taking and carrying away firearms traveling in interstate commerce.

15. On or about January 17, 2026, defendant TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, paid defendant TARIK WINFREY approximately $19,200 cash.

16. On January 23, 2026, defendant MARQUEZ CREWS, A/K/A QUEZ, aided and abetted by TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TEMEKA CAMIEL, MATTHEW GASKIN, A/K/A MATTHEW GASKINS, and

others known and unknown to the Grand Jury, sold fourteen of the firearms stolen from the Macon, Georgia facility in exchange for $5,250.

All in violation of Title 18, United States Code, Section 371.

**Count Eight**
**(Theft of Interstate Shipments)**

On or about November 30, 2025, in the Northern District of Georgia and elsewhere, the defendants, TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and DAVEON STILLWELL, A/K/A DRIP, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and with intent to convert to their own use, steal, unlawfully take, and carry away goods and chattels with a value of at least $1,000, that is, Glock firearms, from a vehicle or trailer, which were moving as, were part of, and constituted an interstate shipment of freight, express, and property, in violation of Title 18, United States Code, Sections 659 and 2.

**Count Nine**
**(Theft of Interstate Shipments)**

Beginning on or about January 10, 2026, and continuing until on or about January 11, 2026, in the Northern District of Georgia and elsewhere, the defendant, TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, aided and abetted by others known and unknown to the Grand Jury, did knowingly and with intent to convert to his own use, steal, unlawfully take, and carry away goods with a value of at least $1,000, that is, Smith & Wesson firearms, from a vehicle or trailer, which were moving as, were part of, and constituted an

interstate shipment of freight, express, and property, in violation of Title 18, United States Code, Sections 659 and 2.

**Count Ten**
**(Theft of Interstate Shipments)**

Beginning on or about January 16, 2026, and continuing until on or about January 17, 2026, in the Northern District of Georgia and elsewhere, the defendants, TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN, TARIK WINFREY, and MARQUEZ CREWS, A/K/A QUEZ, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and with intent to convert to their own use, steal, unlawfully take, and carry away goods with a value of at least $1,000, that is, Ruger, Glock, and Smith & Wesson firearms, from a vehicle or trailer, which were moving as, were part of, and constituted, an interstate shipment of freight, express, and property, in violation of Title 18, United States Code, Sections 659 and 2.

**Count Eleven**
**(Unlawful Possession of a Stolen Firearm)**

On or about January 17, 2026, in the Northern District of Georgia, the defendant, CALVIN WASHINGTON, knowingly possessed a stolen firearm, that is, at least one of the following:

- Smith & Wesson, M&P Bodyguard .380 caliber pistol;
- Smith & Wesson, M&P 9 Shield 9mm pistol; and
- Smith & Wesson, SD40 .400 caliber pistol,

which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

**Count Twelve**
**(Possession of Firearm by Convicted Felon)**

On or about February 3, 2026, in the Northern District of Georgia, the defendant, CHRISTOPHER BILLINGS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, at least one of the following:

- Voluntary Manslaughter, in the Superior Court of Dekalb County, Georgia, on or about, April 15, 2013; and
- Aggravated Assault, in the Superior Court of Dekalb County, Georgia, on or about, April 15, 2013,

did knowingly possess a firearm, that is, a Tisas Zigana, PX-9 9mm pistol, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts One through Two and Four through Five of this Indictment, the defendants,

TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN,

TARIK WINFREY,

MARQUEZ CREWS, A/K/A QUEZ,

DAVEON STILLWELL, A/K/A DRIP,

MATTHEW GASKIN, A/K/A MATTHEW GASKINS,

TEMEKA CAMIEL,

DEVARRIO BURNS, A/K/A DEBO,

CHRISTOPHER BILLINGS, and

CALVIN WASHINGTON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Two and Four through Five of this Indictment.

b. CURRENCY:

   i. $39,200 United States currency seized on or about January 17, 2026, at 2479 Abner Terrance, Apartment 329, Atlanta, Georgia; and

   ii. $2,440 United States currency seized on or about January 17, 2026, at 2479 Abner Terrance, Apartment 329, Atlanta, Georgia.

a. FIREARMS:

i. one (1) Romarm/Cugir Draco pistol, caliber: 762, serial number ROA22PMD31218, seized on or about April 1, 2026, at 2479 Abner Terrace NW, Atlanta, Georgia.

Upon conviction of one more of the offenses alleged in Counts Three and Six through Twelve, the defendants,

DEVARRIO BURNS, A/K/A DEBO,

MATTHEW GASKIN, A/K/A MATTHEW GASKINS,

TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN,

TARIK WINFREY,

MARQUEZ CREWS, A/K/A QUEZ,

DAVEON STILLWELL, A/K/A DRIP,

CALVIN WASHINGTON, and

CHRISTOPHER BILLINGS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(l), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offenses, including, but not limited to, the following:

a. FIREARMS:

i. one (1) Romarm/Cugir Draco pistol, caliber: 762, serial number ROA22PMD31218, seized on or about April 1, 2026, at 2479 Abner Terrace NW, Atlanta, Georgia.

Upon conviction of one or more of the offenses alleged in Counts Seven through Ten of this Indictment, the defendants,

TREMAINE SNELL, A/K/A BIG, A/K/A MAN MAN,

TARIK WINFREY,

MARQUEZ CREWS, A/K/A QUEZ, and

DAVEON STILLWELL, A/K/A DRIP,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said violations, including, but not limited to, the following:

a. MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Seven through Ten of this Indictment.

b. CURRENCY:

ii. $39,200 United States currency seized on or about January 17, 2026, at 2479 Abner Terrance, Apartment 329, Atlanta, Georgia; and

iii. $2,440 United States currency seized on or about January 17, 2026, at 2479 Abner Terrance, Apartment 329, Atlanta, Georgia.

If any of the property subject to forfeiture, as a result of any act or omission of a defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

LAUREN E. RENAUD
*Assistant United States Attorney*
Georgia Bar No. 241250

ERIC W. BOYLAN
*Assistant United States Attorney*
Georgia Bar No. 989422

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181